# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                          Case No. 11-30566-DHW
                                               Chapter 13
TIMMY LEE GLAZE,

    Debtor.

## ORDER RECLASSIFYING CLAIM

The debtor filed an objection to the secured status of Claim No. 1 of the Alabama Department of Revenue.

The objection came on for hearing on May 2, 2011. The creditor filed no response to the objection nor appeared at the hearing. Accordingly, it is

ORDERED that Claim No. 1 filed by the Alabama Department of Revenue is RECLASSIFIED to a general unsecured claim.

Done this 9 day of May, 2011.

                /s/ Dwight H. Williams, Jr.
                United States Bankruptcy Judge

c: Debtor
   Gail H. Donaldson, Attorney for Debtor
   Alabama Department of Revenue, Creditor
   Curtis C. Reding, Trustee